IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 10 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00175-ZLW

DALE HUNT,

    Plaintiff,

v.

COLORADO DEP'T OF CORRECTIONS, Office of Legal Affairs, in its official capacity,
PEGGY HEIL, ex-Director of SOTMB, Office of Legal Affairs, in her individual and official capacity,
JOE STOMMEL, Director of SOTMB, Office of Legal Affairs, in his individual and official capacity, and
RICHARD G. LINS, Therapist SOTMB, Office of Legal Affairs, in his individual and official capacity,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Plaintiff's motion for a temporary restraining order filed on February 27, 2006, will not be considered and is DENIED because this action was dismissed by order filed on March 25, 2005, and currently is on appeal.

Dated: March 10, 2006

Copies of this Minute Order mailed on March 10, 2006, to the following:

Dale Hunt
Reg. No. 107707
Fremont Corr. Fac.
P.O. Box 999
Canon City, CO 81215

/Secretary/Deputy Clerk