IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 27 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00175-ZLW

DALE HUNT,

    Plaintiff,

v.

COLORADO DEP'T OF CORRECTIONS, Office of Legal Affairs, in its official capacity,
PEGGY HEIL, ex-Director of SOTMB, Office of Legal Affairs, in her individual and
    official capacity,
JOE STOMMEL, Director of SOTMB, Office of Legal Affairs, in his individual and official
    capacity, and
RICHARD G. LINS, Therapist SOTMB, Office of Legal Affairs, in his individual and
    official capacity,

    Defendants.

---

ORDER REINSTATING AND DRAWING CASE
TO A DISTRICT JUDGE AND A MAGISTRATE JUDGE

---

Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed in this action on September 5, 2006, this civil action is reinstated. Plaintiff's Eighth Amendment claim will be dismissed with prejudice for failure to state a claim on which relief may be granted. The remaining claims will be drawn to a district judge and to a magistrate judge. Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed in this action on September 5, 2006. It is

FURTHER ORDERED that Plaintiff's Eighth Amendment claim is dismissed with prejudice for failure to state a claim on which relief may be granted. It is

FURTHER ORDERED that this action shall be drawn to a district judge and to a magistrate judge.

DATED at Denver, Colorado, this 25 day of Sept., 2006.

BY THE COURT:

*[signature]*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-00175-ZLW

Dale Hunt
Reg No. 107707
CTCF
P.O. Box 1010
Canon City, CO 81215

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/27/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk