IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 4 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-00175-REB-BNB

DALE HUNT,

    Plaintiff,

v.

COLORADO DEP'T OF CORRECTIONS, Office of Legal Affairs, in its official capacity,
PEGGY HEIL, ex-Director of SOTMB, Office of Legal Affairs, in her individual and official capacity,
JOE STOMMEL, Director of SOTMB, office of Legal Affairs, in his individual and official capacity, and
RICHARD G. LINS, Therapist SOTMB, Office of Legal Affairs, in his individual and official capacity,

    Defendants.

## ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore, that if appropriate, the Marshal shall first attempt to obtain a waiver of

service of these documents pursuant to Fed. R. Civ. P. 4(d);

   3. That all costs of service shall be advanced by the United States; and

   4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

   Dated October 3, 2006, at Denver, Colorado.

                              **BY THE COURT:**

                              **s/ Robert E. Blackburn**
                              **Robert E. Blackburn**
                              **United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 05-cv-00175-REB-BNB

Dale Hunt
Prisoner No. 107707
Fremont Corr. Facility
PO Box 999
Cañon City, CO 81215- 0999

Colorado Department of Corrections,
Peggy Heil, Joe Stommel, and
Richard G. Lins  - WAIVER*
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on   Colorado Department of Corrections, Peggy Heil, Joe Stommel, and Richard G. Lins :AMENDED COMPLAINT FILED 3/08/05, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on 10/4/06        .

                                                  GREGORY C. LANGHAM, CLERK

                                                  By: _____
                                                                 Deputy Clerk