IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00175-REB-BNB

DALE HUNT,

Plaintiff,

v.

COLORADO DEP'T OF CORRECTIONS, Office of Legal Affairs, in its official capacity;
PEGGY HEIL, ex-Director of SOTMB, Office of Legal Affairs, in her individual and official capacities;
JOE STOMMEL, Director of SOTMB, Office of Legal Affairs, in his individual and official capacities;
RICHARD G. LINS, Therapist SOTMB, Office of Legal Affairs, in his individual and official capacities;

Defendants.
_____

**ORDER**
_____

The parties appeared today for a preliminary scheduling conference. The following schedule was established:

        **Discovery Cut-Off:**        **March 30, 2007**

        (All discovery must be **completed** by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

        **Dispositive Motions Deadline:**        **April 30, 2007**

        **Expert Disclosures:**

        **(a)**    The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 2, 2007**

    **(b)**    The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 2, 2007**

**Final Pretrial Conference:**   A final pretrial conference will be held in this case on **July 10, 2007, at 9:00 a.m.**   A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **July 3, 2007**.

Dated January 3, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge