IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00175-REB-BNB

DALE HUNT,

Plaintiff,

v.

COLORADO DEP'T OF CORRECTIONS, Office of Legal Affairs, in its official capacity;
PEGGY HEIL, ex-Director of SOTMB, Office of Legal Affairs, in her individual and official capacities;
JOE STOMMEL, Director of SOTMB, Office of Legal Affairs, in his individual and official capacities;
RICHARD G. LINS, Therapist SOTMB, Office of Legal Affairs, in his individual and official capacities;

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion to Show Cause** [Doc. #62, filed 12/26/06] (the "Motion"). The Motion is GRANTED IN PART and DENIED IN PART.

The plaintiff currently is incarcerated by the Colorado Department of Corrections ("DOC") at the Crowley County Correctional Facility. By an Order issued on January 31, 2005, the plaintiff was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to § 1915(b)(2), the plaintiff is required to make "monthly payments of 20 percent of the preceding month's income credited to his account" until the filing fee is paid in full. In the order granting plaintiff leave to proceed in forma pauperis, he was instructed either to make the required monthly payments or to show cause each month why he has no assets and no means by which to

make the monthly payment. In order to show cause, the plaintiff was directed to file a certified copy of his inmate trust fund account statement.

The plaintiff failed to make the required monthly payment or show cause why he has no assets and no means by which to make the monthly payments for the months of November and December 2006. Consequently, the plaintiff was ordered, on or before December 26, 2006, either to make the required monthly payments for November and December 2006 or to show cause why he cannot. *Order Directing Plaintiff to Make Monthly Filing Fee Payment or Show Cause* [Doc. #60, issued 12/11/06 ] (the "Order to Show Cause").

In response to the Order to Show Cause, the plaintiff requested that the Court issue an order directing the DOC to make the payments from his account. *Motion*, p. 1. The request is DENIED. It is the plaintiff's responsibility to make his required monthly payment or show cause why he cannot. The plaintiff shall make his monthly payment or show cause why he cannot on or before January 18, 2007.

The plaintiff further requested that the Court provide him with a statement of his outstanding balance. This request is GRANTED. The Court's accounting records reflect that the plaintiff has an outstanding balance due of $90.00.[1]

IT IS ORDERED that the Motion to Show Cause is GRANTED insofar as it seeks a statement of the plaintiff's current balance and DENIED to the extent it requests that the DOC be ordered to make monthly payments from the plaintiff's account.

---

[1] The plaintiff filed an appeal in the Tenth Circuit Court of Appeals. The Court's accounting records reflect that the $250.00 appeal fee has been paid in full.

IT IS FURTHER ORDERED that on or before **January 18, 2007**, the plaintiff shall make his required monthly payment or show cause why he cannot.

Dated January 4, 2007.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge