IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00175-REB-BNB

DALE HUNT,

Plaintiff,

v.

COLORADO DEP'T OF CORRECTIONS, Office of Legal Affairs, in its official capacity;
PEGGY HEIL, ex-Director of SOTMB, Office of Legal Affairs, in her individual and official capacities;
JOE STOMMEL, Director of SOTMB, Office of Legal Affairs, in his individual and official capacities;
RICHARD G. LINS, Therapist SOTMB, Office of Legal Affairs, in his individual and official capacities;

Defendants.
_____

**ORDER**
_____

This matter arises in connection with the **Order Directing Plaintiff to Make Monthly Filing Fee Payment or to Show Cause** [Doc. # 60, filed 12/11/2006] (the "Order to Show Cause"). That order commanded the plaintiff, on or before December 26, 2006, either to make the required monthly payments for November and December 2006 or to show cause why he cannot. Thereafter, by an order [Doc. # 65] entered on January 4, 2007, I allowed the plaintiff until January 18, 2007 to make the required monthly payment of to show cause why he cannot. The plaintiff made the required payment on January 22, 2007. In view of that payment:

IT IS ORDERED that the Order to Show Cause is DISCHARGED.

Dated January 23, 2007.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge