IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00175-REB-BNB

DALE HUNT,

Plaintiff,

v.

COLORADO DEP'T OF CORRECTIONS, Office of Legal Affairs, in its official capacity;
PEGGY HEIL, ex-Director of SOTMB, Office of Legal Affairs, in her individual and official capacities;
JOE STOMMEL, Director of SOTMB, Office of Legal Affairs, in his individual and official capacities;
RICHARD G. LINS, Therapist SOTMB, Office of Legal Affairs, in his individual and official capacities;

Defendants.
_____

**ORDER**
_____

This matter is before me on the plaintiff's **Motion Requesting an Order to (CDOC) to Withhold Filing Fees from Inmate Account** [Doc. # 72, filed 1/26/07] (the "Motion"). The plaintiff requests that the Court order the Colorado Department of Corrections to "withhold filing fees for the above captioned case."

Under the specific language of the Court's Order granting the plaintiff leave to proceed *in forma pauperis* under 28 U.S.C. § 1915 [Doc. #2, issued 1/31/05], the responsibility for ensuring that monthly filing payments are made, or demonstrating why such a payment cannot be made, belongs to the plaintiff. This is the standard practice of the United States District Court for the District of Colorado in all prisoner cases. Accordingly, the plaintiff must monitor his own financial resources and work with the facility where he is incarcerated to ensure that his monthly

filing fee obligations are met. Plaintiff must make the required monthly payments or show cause each month why he has no assets and no means by which to make the monthly payment. Failure to comply with this requirement, under § 1915(b)(2), will result in recommendation for dismissal of this action.

    IT IS ORDERED that the Motion is DENIED.

    Dated February 2, 2007.

                                BY THE COURT:

                                s/ Boyd N. Boland
                                United States Magistrate Judge