IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00175-REB-BNB

DALE HUNT,

Plaintiff,

v.

COLORADO DEP'T OF CORRECTIONS, Office of Legal Affairs, in its official capacity;
PEGGY HEIL, ex-Director of SOTMB, Office of Legal Affairs, in her individual and official capacities;
JOE STOMMEL, Director of SOTMB, Office of Legal Affairs, in his individual and official capacities;
RICHARD G. LINS, Therapist SOTMB, Office of Legal Affairs, in his individual and official capacities;

Defendants.

_____

**ORDER**
_____

This matter is before me on the **Motion to Stay Proceedings Pending a Ruling on State Defendants' Cross Motion for Summary Judgment** [Doc. # 81, filed 2/9/07] (the "Motion") filed by defendants Colorado Department of Corrections, Joe Stommel, and Richard Lins. The defendants request an order staying discovery pending a ruling on their qualified immunity defense as asserted in their motion for summary judgment [Doc. #75, filed /31/07].

"[Q]ualified immunity is not only a defense to liability but also an entitlement to immunity from suit and other demands of litigation." Workman v. Jordan, 958 F.2d 332, 336 (10th Cir. 1992) (citations omitted). "Discovery should not be allowed until the court resolves the threshold question whether the law was clearly established at the time the allegedly unlawful action occurred." Id. Accordingly,

IT IS ORDERED that the Motion to Stay Proceedings Pending a Ruling on State Defendants' Cross Motion for Summary Judgment is GRANTED.

IT IS FURTHER ORDERED that the defendants shall file status reports on June 1, 2007, and quarterly thereafter informing me of the status of the motion asserting qualified immunity and within 10 days after any ruling on that motion.

Dated February 22, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge