**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 05-cv-00175-REB-BNB

DALE ALLEN HUNT,

    Plaintiff,

v.

COLORADO DEPT. OF CORRECTIONS, et al.,

    Defendants.

**ORDER OVERRULING OBJECTIONS TO AND
ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#105], filed July 31, 2007; and (2) plaintiff's **Objections to Magistrates** [*sic*] **Ruling** [#111], filed September 10, 2007.  I overrule the objections, adopt the recommendation, grant defendants motion for summary judgment, and deny plaintiff's summary judgment motion.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable case law.  In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  ***See Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991).  The recommendation is detailed and well-

reasoned. Plaintiff's objections are imponderous and without merit. Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

     **THEREFORE, IT IS ORDERED** as follows:

     1. That the **Recommendation of United States Magistrate Judge** [#105], filed July 31, 2007, is **APPROVED AND ADOPTED** as an order of this court;

     2. That plaintiff's objections within his **Objections to Magistrates** [*sic*] **Ruling** [#111], filed September 10, 2007, are **OVERRULED**;

     3. That plaintiff's **Motion for Summary Judgment** [#67], filed January 11, 2007, is **DENIED**;

     4. That the **State Defendants' Cross Motion for Summary Judgment** [#75], filed January 31, 2007, is **GRANTED**;

     5. That **Defendant Peggy Heil's Cross Motion for Summary Judgment** [#91], filed March 12, 2007, is **GRANTED**;

     6. That to the extent plaintiff's complaint can be read to assert a claim for habeas corpus, entitling plaintiff to release on parole, that claim is **DISMISSED WITHOUT PREJUDICE**;

     7. That plaintiff's claims against defendant, the Colorado Department of Corrections, are **DISMISSED WITH PREJUDICE**;

     8. That to the extent plaintiff's complaint can be read to assert a claim for money

damages against the individual defendants, Peggy Heil, Joe Stommel, and Richard G. Lins, in their official capacities, those claims are **DISMISSED WITH PREJUDICE**;

      9. That plaintiff's claim for prospective injunctive relief against the individual defendants in their official capacities is **DISMISSED AS MOOT**;

      10. That plaintiff's claims against the individual defendants in their individual capacities is **DISMISSED WITH PREJUDICE**; and

      11. That judgment **SHALL ENTER** on behalf of defendants, the Colorado Department of Corrections, Peggy Heil, Joe Stommel, and Richard G. Lins, against plaintiff, Dale Hunt, as to all claims for relief and causes of action asserted herein.

Dated September 17, 2007, at Denver, Colorado.

                                         **BY THE COURT:**

                                         **s/ Robert E. Blackburn**
                                         **Robert E. Blackburn**
                                         **United States District Judge**