IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| **Civil Action No.** 05-cv-00175-REB-BNB | FTR BNB COURTROOM A-401 |
|---|---|
| **Date:** May 30, 2008 | Geneva D. Mattei, Deputy Clerk |

DALE HUNT,                                       PRO SE by telephone

        Plaintiff,

v.

JOE STOMMEL,                                     Christopher Alber
in his official capacity, Director of
SOTMB, Office of Legal Affairs and
in his individual capacity
RICHARD G. LINS,
Therapist SOTMB, Office of Legal
Affairs, in his official capacity and
in his individual capacity

        Defendants.

## COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session:    1:31 p.m.

Court calls case.

Appearances of Counsel and pro se plaintiff.

Discussion regarding the status and settlement of the case.

**ORDERED:** Plaintiff's motion for summary judgment filed April 29, 2008; Doc. 139 is withdrawn as stated on the record.

**ORDERED:** Defendants' motion for summary judgment filed May 19, 2008; Doc. 143 is withdrawn as stated on the record.

**ORDERED:   Confidential settlement letters shall be submitted on or before June 20, 2008.**

Court in Recess:        1:50 p.m.        Hearing concluded.    Total In-Court Time:  00:19

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.