IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00175-REB-BNB

DALE HUNT,

Plaintiff,

v.

COLORADO DEP'T OF CORRECTIONS, Office of Legal Affairs, in its official capacity;
JOE STOMMEL, Director of SOTMB, Office of Legal Affairs, in his individual and official capacities;
RICHARD G. LINS, Therapist SOTMB, Office of Legal Affairs, in his individual and official capacities;

Defendants.

_____

**ORDER**
_____

The parties appeared this afternoon for a status conference. At the conference, the following motions were discussed:

(1) Plaintiff's **Motion for Summary Judgment** [Doc. # 139, filed 4/29/2008]; and

(2) Defendants' **Motion for Summary Judgment** [Doc. # 143, filed 5/19/2008].

In summary and for the reasons stated on the record this afternoon,

IT IS ORDERED that the plaintiff's Motion for Summary Judgment [Doc. # 139] and the defendants' Motion for Summary Judgment [Doc. # 143] are both DENIED WITHOUT PREJUDICE as withdrawn.

Dated May 30, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge