IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00175-REB-BNB

DALE HUNT,

Plaintiff,

v.

COLORADO DEP'T OF CORRECTIONS, Office of Legal Affairs, in its official capacity;
PEGGY HEIL, ex-Director of SOTMB, Office of Legal Affairs, in her individual and official capacities;
JOE STOMMEL, Director of SOTMB, Office of Legal Affairs, in his individual and official capacities;
RICHARD G. LINS, Therapist SOTMB, Office of Legal Affairs, in his individual and official capacities;

Defendants.

## ORDER

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **September 19, 2008**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated July 31, 2008.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge